IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| SYLVESTER KELLY, #1802362 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv503 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state remedies.  A certificate of appealability is **DENIED**.  All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 23rd day of July, 2013.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE